IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD DOUGLAS CULLINAN,<br><br>    Debtor.<br><br>COASTAL STATES BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC.,<br><br>    Defendants. | Case No. 22-51326-WLH<br>Chapter 11<br><br><br><br><br>Adv. Proc. No: 22-05078 |

### CERTIFICATE OF SERVICE

I, Bret Chaness, certify that service of the summons and a copy of the complaint was made on May 25, 2022, by:

1) **Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:**

    Richard Cullinan
    305 Cannady Court
    Atlanta, GA 30350

    Richard Cullinan
    c/o Will Geer
    Geer Law Group, LLC
    50 Hurt Plaza SE, Suite 1150
    Atlanta, GA 30303

1

Christina Cullinan
305 Cannady Court
Atlanta, GA 30350

Fifth Third Bank, N.A.
c/o Brian Levy
Burr & Forman, LLP
171 17th Street NW, Suite 1100
Atlanta, GA 30363

Credibility Capital, Inc.
c/o Jim Rothberg, CEO
625 Broad Street
Newark, NJ 07102

Credibility Capital, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

2) **Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:**

Fifth Third Bank, N.A.
c/o Greg Carmichael, CEO
38 Fountain Square Plaza
Cincinnati, OH 45202

Under penalty of perjury, I declare that the foregoing is true and correct.

This 3rd day of June, 2022.

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Coastal States Bank*

2