IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CASE NO. 22-51326-WLH |
| RICHARD DOUGLAS CULLINAN, | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| COASTAL STATES BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Pro. No.: 22-05078 |
| RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, and CREDIBILITY CAPITAL, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION EXTENDING DEADLINE TO FOR DEFENDANT FIFTH THIRD BANK, N.A. TO ANSWER COMPLAINT**

COME NOW Plaintiff Coastal States Bank and Defendant Fifth Third Bank, N.A. ("Fifth Third") by and through their undersigned counsel, and, pursuant to BLR 9006-1, hereby agree and stipulate that the time within which Fifth Third may answer or otherwise respond to the Complaint is extended through and including July 21, 2022.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE.]

48105980 v1

This 16th day of June, 2022.

**BURR & FORMAN LLP**

*/s/ Bret J. Chaness*  
BRET J. CHANESS (GA Bar No. 720572)  
**RUBIN LUBLIN, LLC**  
3145 Avalon Ridge Place, Suite 100  
Peachtree Corners, GA 30071  
(678) 281-2730 (Telephone)  
(470) 508-9203 (Facsimile)  
bchaness@rlselaw.com  

*Attorney for Coastal States Bank*

*/s/ Brian J. Levy*  
Brian J. Levy  
Georgia Bar No. 302518  
blevy@burr.com  
171 17th Street NW, Suite 1100  
Atlanta, Georgia 30363  
Telephone:    (404) 815-3000  
Facsimile:    (404) 817-3244  

COUNSEL FOR FIFTH THIRD BANK, N.A.

**CERTIFICATE OF SERVICE**

I certify that a precise copy of this document was filed with the Clerk on the below date, sending ECF notice to counsel of record.

This 16th day of June, 2022.

/s/Bret J. Chaness_____
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Coastal States Bank*

48105980 v1

3