IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD DOUGLAS CULLINAN,<br><br>    Debtor. | Case No. 22-51326-WLH<br>Chapter 11 |
| COASTAL STATES BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC.,<br><br>    Defendants. | Adv. Proc. No: 22-05078-wlh |

## ANSWER TO COUNTERCLAIM

COMES NOW, Coastal States Bank ("CSB" or "Plaintiff"), and files this Answer to the Counterclaim/Objection to Claim [Doc. 6], stating as follows:

## AFFIRMATIVE DEFENSES

1. The Counterclaim-Plaintiff ("Debtor") has failed to state a claim upon which relief can be granted.

2. The Debtor was on constructive and/or inquiry notice that the cancellation of the security deed was in error and therefore he cannot avoid the subject security deed under 11 U.S.C. § 544.

1

Subject to and without waiving the foregoing affirmative defenses, CSB responds to the individually numbered paragraphs in the Counterclaim as follows:

1. CSB admits the allegations in Paragraph 1 of the Counterclaim.

2. CSB denies the allegation in Paragraph 2 of the Counterclaim that no trustee has been appointed. CSB admits the remaining allegations in Paragraph 2 of the Counterclaim.

3. CSB admits the allegations in Paragraph 3 of the Counterclaim.

4. CSB admits the allegations in Paragraph 4 of the Counterclaim.

5. CSB denies as stated the allegations in Paragraph 5 of the Counterclaim. By way of further response, the Deed Cancellation was executed and recorded by Cornerstone Bank (which merged into CSB) and the Deed Cancellation was in error, as the debt had not been paid in full.

6. CSB lacks information or knowledge sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Counterclaim.

7. CSB denies the allegations in Paragraph 7 of the Counterclaim.

8. CSB admits the allegation in Paragraph 8 of the Counterclaim that Fifth Third Bank recorded a judgement lien, but denies that this event changes the priorities of the subject security interests.

9. CSB denies the allegations in Paragraph 9 of the Counterclaim.

10. CSB denies each and every allegation not expressly admitted herein.

Respectfully submitted, this 30th day of June, 2022.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Coastal States Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, the within and foregoing was filed via the Court's CM/ECF system, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

3