IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD DOUGLAS CULLINAN,<br><br>    Debtor.<br><br>COASTAL STATES BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC.,<br><br>    Defendants. | Case No. 22-51326-WLH<br>Chapter 11<br><br><br><br><br><br>Adv. Proc. No: 22-05078-wlh |

**REPORT OF RULE 26(f) CONFERENCE**

The conference held pursuant to FED. R. CIV. P. 26(f) and BLR 7016-1 on **July 20, 2022**, which was attended by:

For Plaintiff: **Bret Chaness**

For Defendants:  **Will Geer (for Richard Cullinan) and G. Frank Nason, IV (for Fifth Third Bank)**

1. **Initial Disclosures**.   (Include one or more of the following, modified as appropriate.)

   [  ]   The parties have made the initial disclosures required by FED. R. CIV. P. 26(a)(1).

   [  ]   The parties agree to provide disclosures as follow: **The parties agree to provide initial disclosures by July 31, 2015.**

   [ X ]   The parties have agreed not to make initial disclosures and to waive the requirements of FED. R. CIV. P. 26(a)(1) with regard to same.

1

2. **Discovery Plan**. The parties jointly propose to the court the following discovery plan, subject to modification by the Court with the consent of the parties or for good cause shown: **The parties state that no discovery is necessary and that this case can proceed immediately to cross-motions for summary judgment.**

3. **Other items**.

(a)  All dispositive motions will be filed by **September 21, 2022**.

(b)  The Parties agree that certain facts are undisputed and stipulated to, as set forth in **Exhibit "A"**.

4. **Settlement Potential**.

(a)  The parties [X] have [ ] have not discussed settlement.

(b)  The parties [ ] do [X] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is TBD.

(c)  The parties [ ] have [X] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures: [   ] Mediation; [X] Judicial settlement conference; [   ] Early neutral evaluation; [   ] Other.

5. Identify any other matters regarding discovery or case management that may require the court's attention (*e.g.*, concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts). **None at this time.**

6. Any other matters not covered above: **None**.

7. The parties [ ] do [X] do not request a conference with the court prior to entry of the scheduling order.   Any such conference may be [X]by telephone [X]in chambers [X] in court.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar # 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com.com
*Attorney for Coastal States Bank*

*/s/ Will Geer (by BJC w/ permission)*
WILL GEER (GA Bar # 940493)
**Rountree, Leitman, Klein & Geer, LLC**
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
(678) 587-8740
wgeer@rlkglaw.com
*Attorney for Richard Cullinan*

LAMBERTH, CIFELLI, ELLIS & NASON, P.A.

By: */s/ G. Frank Nason, IV (by BJC w/ permission)*
    G. Frank Nason, IV
    Georgia Bar No. 535160
    fnason@lcenlaw.com

    6000 Lake Forrest Drive NW
    Suite 435
    Atlanta, Georgia 30328
    (404) 262-7373
    *Counsel for Fifth Third Bank, National Association*

*/s/ Christina Cullinan (by BJC w/ permission)*
CHRISTINA CULLINAN (*pro se*)
3590 Valverde Circle
Jacksonville, FL 32224

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, the within and foregoing was filed via the Court's CM/ECF system, which will serve notice on all registered parties who have appeared in this action. In addition, I certify that on the same date, I caused a copy of the within and foregoing to be served by U.S. First Class Mail, addressed as follows:

Christina Cullinan
3590 Valverde Circle
Jacksonville, FL 32224

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD DOUGLAS CULLINAN,<br><br>    Debtor. | Case No. 22-51326-WLH<br>Chapter 11 |
| COASTAL STATES BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC.,<br><br>    Defendants. | Adv. Proc. No: 22-05078-wlh |

**STIPULATION OF FACTS**

Coastal States Bank ("CSB"), Richard Douglas Cullinan ("Mr. Cullinan"), Christina M. Cullinan ("Ms. Cullinan"), and Fifth Third Bank, National Association ("Fifth Third") (collectively, the "Parties"), hereby submit this stipulation of facts for all purposes in the above-styled adversary proceeding:

1. Mr. and Ms. Cullinan and CSB stipulate that on August 21, 2017, Mr. Cullinan obtained a loan from Cornerstone Bank ("Cornerstone") in the amount of $404,969.00 (the "Loan"). Mr. Cullinan and CSB stipulate that as evidence of the Loan, Mr. Cullinan executed a promissory note (the "Note") in favor of Cornerstone.

1

2. The Parties stipulate that Mr. Cullinan and Ms. Cullinan executed a Security Deed regarding the property located at 305 Cannady Court, Atlanta, GA 30350 (the "Property") in favor of Cornerstone, which was recorded on August 29, 2017, in Deed Book 57896, Page 402, Fulton County, Georgia records (the "First Security Deed").

3. The Parties stipulate that on or around August 21, 2017, Mr. Cullinan and Ms. Cullinan executed a Home Equity Line of Credit Security Deed in favor of Cornerstone, recorded on August 29, 2017, in Deed Book 57896, Page 414, Fulton County, Georgia records (the "Second Security Deed"). The Second Security Deed secured a line of credit up to $50,000.00.

4. The Parties stipulate that on January 16, 2020, Cornerstone executed a Cancellation of Deed to Secure Debt (the "Cancellation"). The Cancellation was recorded on January 30, 2020, in Deed Book 61111, Page 344, Fulton County, Georgia records.

5. Mr. and Ms. Cullinan and CSB stipulate that at the time that the Cancellation was recorded, the Loan was not paid in full.

6. Mr. and Ms. Cullinan and CSB stipulate that between the time that the Cancellation was executed and recorded and the current time, they did not execute any other deeds to secure debt related to the Property.

7. The Parties stipulate that on August 17, 2021, Fifth Third Bank recorded a Writ of Fieri Facias against Mr. Cullinan (and other entities) in Lien Book 5150, Page 670, Fulton County, Georgia records.

8. The Parties stipulate that on February 17, 2022, Mr. Cullinan filed Chapter 11 Bankruptcy, Case No. 22-51326 (Bankr. N.D. Ga.) (the "Bankruptcy Case").

9. The Parties stipulate that in 2021, CSB purchased Cornerstone Bank. Mr. Cullinan and CSB stipulate that CSB is the current holder of the Note and successor in interest to Cornerstone.

10. The Parties stipulate that on May 26, 2022, the Court entered an Order in the Bankruptcy Case granting Mr. Cullinan's Motion to Sell Real Property, which approved a sale of the Property. The Order provided that "[u]pon closing of the Sale, all liens, claims, and encumbrances on the Property shall attach to the proceeds of the Sale . . . to the same extent, validity, and priority as they existed on the Petition Date, unless the Court has entered an order avoiding all or any portion of a creditor's lien."

11. The Parties stipulate that the sale of the Property closed on May 27, 2022.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar # 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com.com
*Attorney for Coastal States Bank*


*/s/ Will Geer (by BJC w/ permission)*
WILL GEER (GA Bar # 940493)
**Rountree, Leitman, Klein & Geer, LLC**
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
(678) 587-8740
wgeer@rlkglaw.com
*Attorney for Richard Cullinan*

3

LAMBERTH, CIFELLI, ELLIS & NASON, P.A.

By: */s/ G. Frank Nason, IV (by BJC w/ permission)*
    G. Frank Nason, IV
    Georgia Bar No. 535160
    fnason@lcenlaw.com

    6000 Lake Forrest Drive NW
    Suite 435
    Atlanta, Georgia 30328
    (404) 262-7373
    *Counsel for Fifth Third Bank, National Association*


*/s/ Christina Cullinan (by BJC w/ permission)*
CHRISTINA CULLINAN (*pro se*)
3590 Valverde Circle
Jacksonville, FL 32224

4