UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>**RICHARD DOUGLAS CULLINAN,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-51326-WLH** |
| **COASTAL STATES BANK,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD DOUGLAS CULLINAN, CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC.,**<br><br>Defendants. | **ADVERSARY PROCEEDING NO. 22-05078-WLH** |

**RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AND MOTION FOR SUMMARY JUDGMENT**

Defendants Richard D. Cullinan and Christina M. Cullinan (the "**Defendants**"), by and through their undersigned counsel, and file their Response to Plaintiff's Statement of Material Facts and Motion for Summary Judgment, respectfully showing the Court as follows.

**Statement of Undisputed Material Facts Response**

Defendants respond only that paragraph 10 is not accurate.

Plaintiff's paragraph 10 of its Statement of Undisputed Material Facts provides as follows:

"On February 11, 2022, Credibility Capital, Inc. recorded a Writ of Fieri Facias (the "Credibility Lien") against Mr. Cullinan, recorded at Lien Book 5213, Page 486, Fulton County, Georgia records. See [Doc. 1] at p. 31; [Doc. 9] at p. 3, ¶ 15."

No search of "Cullinan" or "Cullinan, Richard" on the GSCCCA.Org public records search reveals a lien against Mr. Cullinan. See Exhibit "A" attached hereto. Instead, one would have to know the book and page number of the Writ of Fiera Facias filed by Credibility Capital, LLC to find it.

## **RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants restate and reincorporate their original brief in support if their motion for summary judgment in response to Plaintiff's Motion for Summary Judgement and request that the Court grant Defendant's requested relief.

Plaintiff points to no case law that stands for the proposition that the existence of a second consensual lien and a judgment lien filed against an owner of real property puts a hypothetical bonafide purchaser on inquiry notice that the first lienholder's cancellation would be ineffective. The Plaintiffs argument that *Kelley v. Ocwen Loan Servicing, LLC (In re Bowers)*, 595 B.R. 869 (Bankr. M.D. Ga. 2018); and *AFB&T v. Custom Contractors and Assocs., Inc. (In re Custom Contractors and Assocs., Inc.)*, No. 09-01002-SDB, [Doc. 29] (Bankr. S.D. Ga. Dec. 3, 2009) are distinguishable is without merit, as the distinction is one that makes no difference ot the Court's analysis in this case. To follow this line of reasoning would be completely contrary to Georgia law and the cases cited by Defendants in their original brief.

In support of their position, Plaintiff cites to *Henderson v. Suntrust Bank Nw. Ga. (in Re Henderson)*, 284 B.R. 515, 519 (Bankr. N.D. Ga. 2002). That case is readily distinguishable from reading Plaintiff's own summation of its holding. In that case, the lender that filed the mistaken release had also filed a modification of the loan and an affidavit regarding the mistaken release prior to the petition date that would have put a hypothetical bonafide purchase on notice because

documents regarding the cancellation were actually filed in the real estate records. *Id.* at 516. Here, Plaintiff asks the Court to make a giant leap of logic to extend this inquiry notice to a second priority security deed and judgment liens that in no way reference or are related to the first mortgage that was cancelled in this case. For these reasons, Defendants request the Court deny Plaintiff summary judgment and grant Defendant summary judgment on all counts.

Dated: October 12, 2022                    **ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ *Will B. Geer*
Will B. Geer, Ga. Bar No. 940493
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
*Attorneys for Defendants*

glossary   logout   contact   search

Georgia Superior Court Clerks' Cooperative Authority

FILE        SEARCH        LEARN        MANAGE        FINES & FEES        CLERKS        NOTARY & APOSTILLES

Carbon Registry Index ▼    Lien Index ▼    Notary Index ▼    Plat Index ▼    PT-61 Index ▼    Real Estate Index ▼    UCC Index ▼

## SEARCH   Lien Index > Book Page Search

Fullscreen View    Back

Searched Book: **5213**
Page:              **486** in **FULTON County**
County good from **1/1/2004** through **10/9/2022**
Query Made:      **10/12/2022 7:30:15 PM**

| County | Instrument Type | Date Filed | Time | Book | Page |
|---|---|---|---|---|---|
| FULTON | FIFA | 2/11/2022 | 10:28 AM | 5213 | 486 |

**Description**
CASE NUMBER 20A824784

| Sec/GMD | District | Land Lot | Subdivision | Unit | Block | Lot | Comment |
|---|---|---|---|---|---|---|---|

**Direct Party (Debtor)**
MIDTOWN RESTAURANT ACQUISITION LLC

**Reverse Party (Claimant)**
CREDIBILITY CAPITAL INC

This record was added to the statewide Lien database index on 2/17/2022 2:00:52 AM

View Image

If you choose the Java viewer, the first time you view an image you will be prompted to grant permission to download the Acordex Viewer Applet. (You can grant indefinite permission for the applet to be downloaded by checking the "Always trust content from Acordex Imaging Systems" checkbox before clicking "Yes".) If you choose the "No" button, the applet will not be downloaded and the image will not be displayed.

Click here for more help with viewing images.

### GSCCCA
Copyright © 1995 - 2022
Georgia Superior Court Clerks' Cooperative Authority

Search Disclaimer    Terms of Use    Sitemap    Glossary    Login    Contact Us