# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: November 4, 2022

RE: 22-51326-wlh
Bankruptcy Case No.

Richard Douglas Cullinan

Debtor(s)

22-05078-wlh
Adversary Case No.

Coastal States Bank

Appellant

vs

Richard Douglas Cullinan, Christina M. Cullinan, Fifth Third Bank, N.A. and Credibility Capital Inc.

Appellees

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 10/31/2022- Doc. No. 26
File date of Order being appealed from 10/27/2022 - Doc. No. 24
☒ Supplemental Record to USDC Case No. 22-CV-4355-SCJ

**Contents of Record:**
☒ Document #32 Motion forStay Pending Appeal
☐ Designated items of      ☐ Appellant(s)      ☐ Appellee
Filing Fee Paid -  ☒ Yes      ☐ No

**If previous and/or related appeals filed, list:**

FROM:  M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*