# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | | |
|---|---|---|
| In Re: | **Richard Douglas Cullinan**<br>Debtor(s) | Bankruptcy Case No. **22−51326−wlh** |
| | | Adv Proc. No.: **22−05078−wlh** |
| | **COASTAL STATES BANK**<br>Plaintiff(s)<br>– v – | |
| | **Richard Douglas Cullinan**<br>**CHRISTINA M CULLINAN**<br>**FIFTH THIRD BANK, NATIONAL ASSOCIATION**<br>**CREDIBILITY CAPITAL, INC.**<br>Defendant(s) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**December 1, 2022** at **01:30 PM** in **Courtroom 1403, Atlanta** to consider and act upon the following:

Plaintiff's Motion for Stay Pending Appeal

Hearings may be by phone, video conference or in person. Please check the "Dial−In and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information and instructions.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_M. Regina Thomas_
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: November 15, 2022

Form 165ap, Revised September 2021