**IT IS ORDERED as set forth below:**



**Date: November 17, 2022**

_Wendy L. Hagenau_

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-51326-WLH |
| | : | |
| RICHARD DOUGLAS CULLINAN, | : | CHAPTER 11 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| COASTAL STATES BANK, | : | |
| | : | |
| Plaintiff. | : | ADVERSARY PROCEEDING |
| | : | |
| | : | |
| | : | NO. 22-05078-WLH |
| v. | : | |
| | : | |
| RICHARD DOUGLAS CULLINAN | : | |
| CHRISTINA M. CULLINAN, FIFTH | : | |
| THIRD BANK, NATIONAL | : | |
| ASSOCIATION, AND CREDIBILITY | : | |
| CAPITAL, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER AND NOTICE OF IN-PERSON HEARING ON**
**MOTION FOR STAY PENDING APPEAL AND STATUS CONFERENCE**

**THIS MATTER** is before the Court on Plaintiff's Motion for Stay Pending Appeal pursuant to Fed. R. Bankr. P. 8007 [Doc. No. 32] and STATUS CONFERENCE.

**IT IS ORDERED and NOTICE IS HEREBY GIVEN** that the Court will hold an in person hearing on Plaintiff's Motion for Stay Pending Appeal [Doc No. 32] and STATUS CONFERENCE in the above styled Chapter 11 Bankruptcy Case at **1:30 P.M.** **December 1, 2022,** in Courtroom **1403,** United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30330. The hearing will not be rescheduled except by express permission of the Court.

## END OF DOCUMENT

## DISTRIBUTION LIST
22-05078-WLH

Bret J. Chaness
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

Will B. Geer
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Richard Douglas Cullinan
305 Cannady Court
Atlanta, GA 30350

Christina M. Cullinan
305 Cannady Court
Atlanta, GA 30350

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328