

**IT IS ORDERED as set forth below:**

**Date: December 5, 2022**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-51326-WLH |
| | ) | |
| RICHARD DOUGLAS CULLINAN, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |
| COASTAL STATES BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. PROC. NO. 22-5078 |
| | ) | |
| RICHARD DOUGLAS CULLINAN CHRISTINA M. CULLINAN, FIFTH THIRD BANK, NATIONAL ASSOCIATION, AND CREDIBILITY CAPITAL, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER REGARDING FINAL JUDGMENT</u>

**THIS MATTER** came before the Court for a status conference on December 1, 2022.

Counsel for Plaintiff (Bret Chaness), counsel for Richard Douglas Cullinan ("Debtor") and

1

Christina M. Cullinan ("Ms. Cullinan") (Will Geer), and counsel for Fifth Third Bank, National Association ("Fifth Third") (Frank Nason) appeared.

Plaintiff filed the complaint on May 18, 2022, seeking rescission of a deed cancellation and a declaratory judgment that its First Security Deed remains in full force and effect. Debtor and Ms. Cullinan answered the complaint and filed a counterclaim objecting to the Plaintiff's claim in the bankruptcy case and seeking to classify it as completely unsecured (Doc. No. 6). On July 15, 2022, Fifth Third answered the complaint (Doc. No. 9). Credibility Capital, Inc. did not file an answer and default was entered against it on July 20, 2022. No default judgment was entered. However, Credibility Capital Inc.'s lien was avoided pursuant to the Order Granting Debtor's Motion to Avoid Lien with Credibility Capital Inc. on May 27, 2022 (Case No. 22-51326 Doc. No. 51).

Plaintiff and Debtor and Ms. Cullinan filed cross motions for summary judgment (Docs. Nos. 12 & 15). The Court reviewed the motions and found no genuine issue as to any material fact and Debtor and Ms. Cullinan are entitled to a judgment as a matter of law. Accordingly, the Court entered an order on October 27, 2022 (Doc. No. 24) ("SJ Order") in which it denied Plaintiff's Motion for Summary Judgment and granted Debtor and Ms. Cullinan's Motion for Summary Judgment. The Court further ordered that Plaintiff's claims for rescission and declaratory judgment are denied, and Debtor and Ms. Cullinan's counterclaim is granted and Plaintiff's claim is deemed wholly unsecured. The SJ Order did not expressly address Plaintiff's claims against Fifth Third or Credibility Capital, Inc. Nevertheless, the effect of the SJ Order is to deny Plaintiff's claims as to all Defendants and to resolve all claims in the case. Plaintiff agreed with this position at the status conference. Accordingly,

2

**IT IS THEREFORE ORDERED** that a Judgment in favor of all Defendants on all counts shall be entered concurrently herewith; and

**IT IS FURTHER ORDERED** that Plaintiff's claim in Case No. 22-51326 is deemed wholly unsecured and determined to be inferior to Fifth Third Bank's and Credibility Capital Inc.'s interest in the Property.

**END OF DOCUMENT**

**<u>Distribution List</u>**

Bret J. Chaness
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

Will B. Geer
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Richard Douglas Cullinan
305 Cannady Court
Atlanta, GA 30350

Christina M. Cullinan
305 Cannady Court
Atlanta, GA 30350

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

Credibility Capital Inc.
625 Broad St
Newark, NJ 07102-4417